FILED
John E. Triplett, Clerk of Court
United States District Court
By jamesburrell at 6:04 pm, Sep 04, 2025

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT  6:25cr-13 |
| ) | |
| v. ) | 18 U.S.C. § 371 |
| ) | Conspiracy |
| NELSON DAVID DOMINGUEZ ) | |
|     CAMACHO, ) | 18 U.S.C. § 2313 |
| JESUS MANUEL MARCHAN ) | Sale or Possession of Stolen Motor |
|     DANIEL, ) | Vehicle |
|     and ) | |
| DENNIS JAVIER VINCENT ) | |
|     PEREZ ) | |

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE
*Conspiracy*
18 U.S.C. § 371

Beginning on or about June 20, 2024, and continuing to on or about November 14, 2024, in the Southern District of Georgia, and elsewhere, the Defendants,

**NELSON DAVID DOMINGUEZ CAMACHO,
JESUS MANUEL MARCHAN DANIEL,
and
DENNIS JAVIER VINCENT PEREZ,**

and others known and unknown to the Grand Jury, did knowingly conspire, confederate and agree together with each other to commit offenses against the United States of America, to wit, violations of Title 18, United States Code, Section 2313, that is sale and possession of stolen motor vehicles.

## THE OBJECT OF THE CONSPIRACY

The primary object of the conspiracy was to obtain and subsequently sell stolen motor vehicles. To accomplish this objective, the Defendants stole motor vehicles and then traveled in interstate commerce to sell the stolen motor vehicles. The overall activity involved the theft of approximately $170,000.00 worth of motor vehicles.

## OVERT ACTS

In furtherance of the conspiracy and to effect the object there of, the Defendants performed or caused to be performed the following overt acts, among others, in the Southern District of Georgia, and elsewhere:

The allegations contained in Counts Two through Four of this Indictment are alleged and incorporated as though fully set forth herein as separate over acts.

The conspiracy set forth herein and the above described over acts all in violation of Title 18, United States Code, Section 371.

## COUNT TWO
*Sale of Stolen Motor Vehicles*
18 U.S.C. § 2313

On or about October 22, 2024, in Emanuel County, in the Southern District of Georgia, the Defendants,

**JESUS MANUEL MARCHAN DANIEL,
and
NELSON DAVID DOMINGUEZ CAMACHO,**

aided and abetted by each other and others known and unknown to the Grand Jury, did sell stolen motor vehicles, specifically, a White 2018 Ford F-150 Pick-Up Truck and a Red 2018 Ford F-150 XLT Pick-Up Truck, which vehicles had crossed a State boundary after being stolen on September 27, 2024, in Irving, Texas (the White 2018 Ford F-150 Pick-Up Truck), and in Fort Worth, Texas (the Red 2018 Ford F-150 XLT Pick-Up Truck), and both subsequently brought into the State of Georgia, knowing the same to have been stolen.

All in violation of Title 18, United States Code, Sections 2313 and 2.

## COUNT THREE
*Sale of Stolen Motor Vehicle*
18 U.S.C. § 2313

On or about October 29, 2024, in Emanuel County, in the Southern District of Georgia, the Defendants,

**JESUS MANUEL MARCHAN DANIEL,**
**and**
**NELSON DAVID DOMINGUEZ CAMACHO,**

aided and abetted by each other and others known and unknown to the Grand Jury, did sell a stolen motor vehicle, that is a Blue 2020 GMC Sierra 1500 Pick-Up Truck, which vehicle had crossed a State boundary after being stolen on June 20, 2024, in Grapevine, Texas, and subsequently brought into the State of Georgia, knowing the same to have been stolen.

All in violation of Title 18, United States Code, Sections 2313 and 2.

## COUNT FOUR
*Possession of Stolen Motor Vehicle*
18 U.S.C. § 2313

On or about November 14, 2024, in Emanuel County, in the Southern District of Georgia, the Defendants,

**NELSON DAVID DOMINGUEZ CAMACHO,
JESUS MANUEL MARCHAN DANIEL,
and
DENNIS JAVIER VINCENT PEREZ,**

aided and abetted by each other and others known and unknown to the Grand Jury, did possess a stolen motor vehicle, that is a White 2020 Dodge Ram 2500 Heavy Duty Diesel Pick-Up Truck, which vehicle had crossed a State boundary after being stolen on October 22, 2024, in Dallas, Texas, and subsequently brought into the State of Georgia, knowing the same to have been stolen.

All in violation of Title 18, United States Code, Sections 2313 and 2.

A True Bill.

_____
Foreperson

_____
Margaret E. Heap
United States Attorney

_____
Marcela C. Mateo
Assistant United States Attorney
*Lead Counsel

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division

_____
E. Greg Gilluly, Jr.
Assistant United States Attorney
*Co-lead Counsel